*Jonathan M. Slater* v. *Haviland Slater, Sarah E. Slater et al.* J. Rhoades, for appellant; W. Silliman, for respondents. Appeal from an order of the vice chancellor of

the 6th circuit, denying application of Sarah E. Slater to compel E. M. Tompkins, administrator of S. Youngs a deceased master, to pay over moneys. Order appealed from affirmed with costs.